IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| Maida F. Jackson | ) | 04-20791 |
| Debtor. | ) | Hon. Carol A. Doyle |
| | | Bankruptcy Judge |

## ORDER TO WITHDRAW MONEY'S UNDER 28 U.S.C. SECTIION 2024 ON BEHALF OF THE CLAIMANT HOMEMAKER'S REMODELING

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1,800.00 to Steve Denic, Homemakers Remodeling (Social Security No. xxx-xx-9919) claimant, in the above-captioned case.


Dated:_____        _____
                                   UNITED STATES BANKRUPTCY JUDGE


Payment to be sent to:
The Financial Resources Group, Inc.
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico 88345